981 F.2d 1250
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
William HUNTER, Plaintiff-Appellant,
v.
Louis W. SULLIVAN, Secretary of Health and Human Services,
Defendant-Appellee.
 No. 92-1378.
 United States Court of Appeals,
Fourth Circuit.
 Argued: October 2, 1992
Decided: December 18, 1992
Opinion Ordered Published May 5, 1993.
 
 1
 SEE 993 F.2D 31.